■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS HURLING, JR., Appellant. [823 NYS2d 750]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered May 31, 2005. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, A.P.J., Gorski, Smith and Centra, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND A. HOLT, Appellant. [823 NYS2d 750]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered August 12, 2004. The judgment convicted defendant, upon his plea of guilty, of rape in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, A.P.J., Gorski, Smith and Centra, JJ.